Michael Lewis MOORE, a/k/a Michael
L. Moore, Petitioner—Appellant,

v.

Director Jon OZMINT, South Carolina
Department of Corrections; McKither
Bodison, Warden Lieber Correctional
Institution, Respondents—Appellees.

No. 09–7400.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 17, 2009.

Decided: Nov. 24, 2009.

Michael Lewis Moore, Appellant Pro Se.
Donald John Zelenka, Deputy Assistant
Attorney General, Melody Jane Brown,
Assistant Attorney General, Columbia,
South Carolina, for Appellees.

Before WILKINSON, MICHAEL, and
KING, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Michael Lewis Moore seeks to appeal
the district court's order denying relief on
his 28 U.S.C. § 2254 (2006) petition. The
district court referred this case to a magis-
trate judge pursuant to 28 U.S.C.
§ 636(b)(1)(B) (2006). The magistrate
judge recommended that relief be denied
and advised Moore that failure to file time-
ly objections to this recommendation could
waive appellate review of a district court
order based upon the recommendation.

Despite this warning and a thirty-day ex-
tension of time in which to file objections,
Moore failed to object to the magistrate
judge's recommendation.

The timely filing of specific objections to
a magistrate judge's recommendation is
necessary to preserve appellate review of
the substance of that recommendation
when the parties have been warned of the
consequences of noncompliance. *Wright v.
Collins,* 766 F.2d 841, 845–46 (4th Cir.
1985); *see also Thomas v. Arn,* 474 U.S.
140, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985).
Moore has waived appellate review by fail-
ing to file objections after receiving proper
notice. Accordingly, we deny a certificate
of appealability and dismiss the appeal.

We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*DISMISSED.*